UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:24-cr-00205 |
| | ) | |
| | ) | JUDGE HOLMES |
| JEREMIAH LEWIS | ) | |

### UNITED STATES' MOTION FOR A DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

COMES NOW the United States of America by Thomas J. Jaworski, Acting United States Attorney, and Juliet Aldridge, Assistant United States Attorney, and moves this Court for detention of the Defendant under 18 U.S.C. § 3142(f)(1)(B) & (C). For cause, the United States submits that the Defendant is charged in the Indictment with a narcotics offense for which a maximum term of imprisonment of ten years or more is prescribed as well as possessing a firearm in furtherance of a drug trafficking crime. These offenses are enumerated under § 3142(f)(1), therefore, the Government is entitled to a detention hearing on this matter.

The United States would submit that – by operation of 18 U.S.C. § 3142(e)(3)(A) & (B) – a rebuttable presumption exists before this Court that "no condition or combination of conditions will reasonably assure the safety of any other person and the community." The United States intends to rely on the presumption at the detention hearing in this matter.

Additionally, the defendant has an extensive criminal history and pending felony charges in Davidson County Criminal Court.

The United States respectfully requests that, should a hearing be necessary, the Court grant the United States a continuance in this matter of three days so that the United States may adequately prepare for the hearing on this motion.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

By: */s/ Juliet Aldridge*
JULIET ALDRIDGE
Assistant U.S. Attorney
719 Church Street, Suire 3300
Nashville, Tennessee 37203

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically via CM/ECF and by email to counsel for defendant on the 18th day of December, 2024.

*/s/ Juliet Aldridge*
JULIET ALDRIDGE
Assistant U.S. Attorney

2